**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| MITZI PASCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:20-cv-782-MTS |
| | ) |
| ONDOC, LLC. et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant Robert Wilson's Motion to Change Venue, Doc. [90], under U.S.C. § 1404(a).

On March 28, 2022, the Court granted defense counsels' request to withdraw from representation of Defendants Wilson and OnDoc, LLC and allowed Defendants thirty (30) days to obtain alternate counsel. Doc. [85]. On May 2, 2022, Defendants requested a ninety (90) day continuance, Doc. [86], which the Court granted, Doc. [97], allowing Defendants until August 1, 2022, to obtain alternate counsel. Defendant failed to comply. On August 2, 2022, the Court issued a Show Cause Order, Doc. [89], requiring Defendants to show cause to the Court, by August 16, 2022, why Defendants failed to obtain alternate counsel. On August 17, Defendant Wilson responded to the Court's show cause order and requested that this Court transfer venue to the Eastern District of Pennsylvania. Doc. [90]. Plaintiff opposes the Motion for several reasons. *See* Doc. [91]. The Court agrees with Plaintiff. The Court also notes that Defendants have now had *over six months to find alternate counsel* and Defendants' continuous failure to find new counsel unduly hinders the continuation of litigation.

1

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Robert Wilson's Motion to Change Venue, Doc. [90], is **DENIED**.

**IT IS FURTHER ORDERED** that Defendants Wilson and OnDoc, LLC shall notify the Court of **alternate counsel** no later than by **October 3, 2022**. Failure to notify the Court by October 3, 2022, may result in the Court's imposition of sanctions upon Defendants.

Dated this 14th day of September, 2022.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE